UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
Eastern Division

Isabel Rubinas, et al.

       Plaintiff,

v.                   Case No.: 1:21−cv−00096
                   Honorable Edmond E. Chang

Nicolas Maduros, et al.

       Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Sunday, January 10, 2021:

  MINUTE entry before the Honorable Edmond E. Chang: On review of the Complaint and the motion [5] for TRO/preliminary injunction, a telephone hearing is set for 01/12/2021 at 1:30 p.m. The dial−in information will be posted in a separate entry. The Court directs the Plaintiffs' counsel to endeavor to provide notice of the hearing to the Defendants and to further confer with the defense on whether it would be willing to temporarily suspend the notice of levy on the Plaintiffs' business account until a decision on the TRO motion. That would give the defense more time to respond and allow for a more deliberative decision. The Court expects that the Plaintiffs would have an available line of communication with the defense given the allegation in R. 6−2, para. 15. Emailed notice(Chang, Edmond)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.