IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF ILLINOIS

EASTERN DIVISION

**ISABEL RUBINAS, and IJR CORP.,**

                Plaintiffs,

    **v.**

**NICOLAS MADUROS, DIRECTOR,
CALIFORNIA DEPARTMENT OF
TAX & FEE ADMINISTRATION ,**

                Defendant.

Case No. 1:21-cv-00096

Hon. Edmond E. Chang

## NOTICE OF APPEARANCE

**PLEASE TAKE NOTICE** that Deputy Attorney General Michael Sapoznikow, a member of the general bar of this Court, has been assigned to represent defendant Nicholas Maduros, Director of the California Department of Tax & Fee Administration.

Dated:  January 27, 2021

Respectfully submitted,

XAVIER BECERRA
Attorney General of California
MOLLY K. MOSLEY
Supervising Deputy Attorney General


*/s/ Michael Sapoznikow*

MICHAEL SAPOZNIKOW
GINA TOMASELLI
Deputy Attorneys General
*Attorneys for Defendant Nicolas Maduros,
Director, California Department of Tax and
Fee Administration*

SA2021300080/34773132

1

# CERTIFICATE OF SERVICE

| | | | |
|---|---|---|---|
| Case Name: | **ISABEL RUBINAS, and IJR CORP vs. NICOLAS MADUROS, DIRECTOR, CALIFORNIA DEPARTMENT OF TAX & FEE ADMINISTRATION** | No. | **1:21-cv-00096** |

I hereby certify that on <u>January 27, 2021</u>, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

**NOTICE OF APPEARANCE**

I certify that **all** participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I declare under penalty of perjury under the laws of the State of California and the United States of America the foregoing is true and correct and that this declaration was executed on <u>January 27, 2021</u>, at Sacramento, California.

| K. Vitalie | */s/ K. Vitalie* |
|---|---|
| Declarant | Signature |

SA2021300080
34774206