## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
### Eastern Division

Isabel Rubinas, et al.

                        Plaintiff,

v.                                                      Case No.: 1:21–cv–00096
                                                          Honorable Edmond E. Chang

Nicolas Maduros, et al.

                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, January 29, 2021:

       MINUTE entry before the Honorable Edmond E. Chang: On review of the status report, R. 20, the Court appreciates the thoughtfulness of the filing. The Court adopts the supplemental briefing schedule on the preliminary injunction motion. Plaintiffs shall file their supplemental brief by 02/17/2021. The defense's supplemental response is due by 03/19/2021. The Plaintiffs' supplemental reply is due by 03/26/2021. The answer deadline is suspended until 30 days after a decision is issued. The tracking status hearing of 02/05/2021 is reset to 04/16/2021 at 8:30 a.m., but to track the case only (no appearance is required, the case will not be called). Emailed notice (mw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.